**Kenneth KOENIG, Respondent,**

v.

**David L. FORBES d/b/a Woodland Builders, Inc., Appellant.**

**No. 63300.**

Missouri Court of Appeals,
Eastern District,
Division Four.

April 19, 1994.

Michael P. Steeno, Miller & Steeno, P.C., St. Louis, for appellant.

William B. Smith, Jeffrey R. Wagener, St. Louis, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

## ORDER

PER CURIAM.

Defendant appeals the trial court's judgment awarding plaintiff $5,985.67 in actual damages and $6,000.00 in punitive damages on count I of his petition for misrepresentation.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).